NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE CRAIG M. SAUNDERS,
LINDSEY TUFTS, JR., AND DAVID J. BOLL**

---

2010-1529

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences in Serial No. 10/858,224.

---

**JUDGMENT**

---

ALAN S. KELLMAN, Desmarais, LLP, of New York, New York, argued for appellant. With him on the brief were JOHN M. DESMARAIS and JASON BERREBI.

BRIAN T. RACILLA, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor JANET A. GONGOLA and KRISTI L.R. SAWERT, Associate Solicitors. Of counsel was FRANCES M. LYNCH, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, PROST, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 13, 2011 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |